FILED AUG 04 '09 11:38 USBCRI

# BOYAJIAN, HARRINGTON & RICHARDSON        COUNSELLORS AT LAW

JOHN BOYAJIAN
ALDEN C. HARRINGTON
ANDREW S. RICHARDSON

STEVEN I. BOYAJIAN

182 WATERMAN STREET
PROVIDENCE
RHODE ISLAND 02906
(401) 273-9600
FAX 273-9605

July 29, 2009

U.S. Bankruptcy Court
380 Westminster Mall
Providence, RI 02903

Ladies and Gentlemen:

Enclosed is check#77551 issued from the Chapter 13 Account. This check is for unclaimed funds issued to George Gilmore, Jr. in the matter of In re: Gilmore, BK-03-13565.

Very truly yours,

John Boyajian (mah)

John Boyajian

JB/mah
Encl.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

| 4B | John Boyajian<br>CHAPTER 13 STANDING TRUSTEE<br>P.O. Box 2553<br>Providence, RI 02906 | | 64-79<br>611<br>SunTrust Bank<br>Knoxville, TN 78784 | | 077551 |
|---|---|---|---|---|---|
| CLAIM NO<br>999 | In RE | DEBTOR'S NAME<br>GILMORE, JR., GEORGE H. | VOID AFTER 90 DAYS<br>MO.  DAY  YEAR<br>07  29  2009 | CASE NUMBER<br>0313565 | PAY THIS AMOUNT<br>****468.08*** |

CLASSIFICATION
REFUND

*************Four Hundred Sixty Eight Dollars and 08/100**************

INTEREST PORTION
.00

BALANCE DUE AFTER THIS CHECK
Continuing

TO THE ORDER OF

CLERK, US BANKRUPTCY COURT*****
380 Westminster Mall
Providence, RI 02903-

MEMO

John Boyajian

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK – HOLD AT ANGLE TO VIEW

⑊077551⑊ ⑉061100790⑊000000575 2035⑊

---

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# 66942    - AO

August 04, 2009
14:38:31

REGISTRY
03-13565

Debtor.: GEORGE H. GILMORE JR.
Judge..: ARTHUR VOTOLATO
Trustee: John Boyajian
Amount.:              $468.08 CH
Check#.: 551


Total -> $468.08


FROM: BOYAJIAN HARRINGTON RICHARDSON